UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00060-SMM

UNITED STATES OF AMERICA

v.

EDIT OMAR CABRERA-BARAHONA,

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
MICHAEL PORTER
Assistant United States Attorney
FL Bar No.       0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Michael.Porter2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Michael Porter

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>EDIT OMAR CABRERA-BARAHONA,<br><br>*Defendant(s)* | Case No.<br>22-mj-00060-SMM |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 1, 2022__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Pablo Ponce, Border Patrol Agent, United States Border Patrol
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: June 6, 2022

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Pablo Ponce, being duly sworn, depose and state as follows:

1. I am a Border Patrol Agent for the U.S. Department of Homeland Security, United States Border Patrol, and have served in that position for twenty-three (23) years. I am currently assigned as the Prosecution Agent for the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Agent, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Edit Omar Cabrera-Barahona ("CABRERA-BARAHONA") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about June 1, 2022, CABRERA-BARAHONA was apprehended by Border Patrol Agent Cesar Barrientos in Fort Pierce, Florida. West Palm Beach Border Patrol Agents transported CABRERA-BARAHONA to the West Palm Beach Border Patrol Station in Riviera Beach, Florida for processing. As part of the booking process, CABRERA-BARAHONA was fingerprinted by U.S. Border Patrol officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland

Security, which triggered a positive match for an alien previously removed from the United States.

4. I reviewed documents from the immigration alien file belonging to CABRERA-BARAHONA, AXXX XXX 523. A review of Department of Homeland Security electronic records and the immigration alien file assigned to CABRERA-BARAHONA show that he is a native and citizen of Honduras.

5. Records further show that on or about October 26, 2016, CABRERA-BARAHONA was ordered removed from the United States. Records in the alien file show that on or about November 4, 2016, CABRERA-BARAHONA was removed from the United States to Honduras.

6. CABRERA-BARAHONA re-entered the United States and his removal order was reinstated on or about December 30, 2019. Records in the alien file show that on or about March 2, 2020, CABRERA-BARAHONA was removed from the United States to Honduras. Prior to his removal, CABRERA-BARAHONA was convicted in the Southern District of Florida of violating Title 8, United States Code, Section 1326(a).

7. CABRERA-BARAHONA s fingerprint card from his June 1, 2022, apprehension was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Edit Omar Cabrera-Barahona.

8. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if CABRERA-

BARAHONA had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that CABRERA-BARAHONA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that there exists probable cause to believe that, on or about June 1, 2022, CABRERA-BARAHONA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Pablo Ponce
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this ___6th___ day of June 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3