

FILED BY _____ D.C.

AUG 1 0 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-14038-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDIT OMAR CABRERA-BARAHONA,

        Defendant.

_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, **EDIT OMAR CABRERA-BARAHONA**, (hereafter "Defendant") state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to the sole count of the Information in this case which count charges me with knowingly and unlawfully being found in the United States after having been previously deported and removed from the United States, without the express consent of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1). I am pleading guilty because I am in fact guilty of this charge.

### NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge and what the prosecutor must prove to convict me with my attorney.

I understand that the United States must prove the following facts or elements of the offense beyond a reasonable doubt:

1.      That I was an alien at the time stated in the Information;

2.      That I was deported or removed from the United States;

3.      That after having been deported or removed from the United States, I was found to be voluntarily back in the United States; and

4.      That I did not have the consent of the Attorney General or the Secretary of Homeland Security of the United States to apply for readmission to the United States.

I further understand that an "alien" is a person who is not a natural-born or naturalized citizen, or a national of the United States.

## STIPULATED FACTS

5.      I am a native and citizen of Honduras. I am not a natural-born or naturalized citizen, or a national of the United States.

6.      I was previously ordered removed from the United States by Immigration officials, removed, and sent back to Honduras, on or about November 4, 2016, and March 2, 2020.   When I was removed from the United States in 2020, I was warned that it is a crime for an alien who has been removed from the United States to enter or be found in the United States without the Secretary of Homeland Security's express consent.

7.      After I was sent back to Honduras in 2020, I illegally and voluntarily came back into the United States and was living in Southern Florida.   I did not request permission or receive consent from the Attorney General or the Secretary of Homeland Security for the United States to come back into the United States.

(INTENTIONALLY LEFT BLANK)

2

8.      On or about June 1, 2022, I was found in Saint Lucie County, Florida.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 7-21-22

DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

Date: 7/29/22

PETER BIRCH
ATTORNEY FOR DEFENDANT

Date: 7/29/22

EDIT OMAR CABRERA-BARAHONA
DEFENDANT

3